## Taubel *v.* Taubel, Appellant.

 Argued June 13, 1968. *William P. Thorn*, for appellant; *Edmund P. Butler*, with him *George A. Butler*, for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

## White Motor Vehicle Operator License Case.

 Argued June 12, 1968. *John J. Duffy*, for appellant; *Elmer T. Bolla*, Deputy Attorney General, with him *William C. Sennett*, Attorney General, for Commonwealth, appellee.

OPINION PER CURIAM: Order affirmed, and a reinstated suspension shall be issued by the Secretary of Revenue within thirty days. Cf. *Heffelfinger Motor Vehicle Operator License Case*, 199 Pa. Superior Ct. 97, 184 A. 2d 367 (1962).